NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Arizona Democratic Party,

    Plaintiff,

v.

Arizona Republican Party, *et al.*,

    Defendants.

No. CV-16-03752-PHX-JJT

**ORDER**

At issue is Plaintiff Arizona Democratic Party's request in the Complaint, filed today, for extraordinary injunctive relief prior to the November 8, 2016 election. (Doc. 1.) In light of the absence of a request for a hearing and considering the little time left for the Court to resolve Plaintiff's claims, the Court *sua sponte* sets a schedule for briefing and a hearing.

IT IS ORDERED that Plaintiff shall serve the Complaint and Summons, if not already served, as well as this Order on Defendants by **11:00 a.m.** on **November 1, 2016**.

IT IS FURTHER ORDERED that Plaintiff shall file an opening brief on its request for injunctive relief by **5:00 p.m.** on **November 1, 2016**.

IT IS FURTHER ORDERED that Defendants shall file a responsive brief on Plaintiff's request for injunctive relief by **5:00 p.m.** on **November 2, 2016**.

IT IS FURTHER ORDERED that Plaintiff may file a reply brief by **12:00 noon** on **November 3, 2016**.

1  IT IS FURTHER ORDERED setting a hearing on Plaintiff's request for injunctive
2  relief at **1:30 p.m.** on **November 3, 2016**, before Judge John J. Tuchi in Courtroom #505,
3  5th Floor, Sandra Day O'Connor U.S. Courthouse, Phoenix, Arizona 85003.
4  Dated this 31st day of October, 2016.

Honorable John J. Tuchi
United States District Judge