Case 2:16-cv-03752-JJT   Document 8   Filed 11/01/16   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ARIZONA DEMOCRATIC PARTY,

    Plaintiff(s)/Petitioner(s),

vs.

ARIZONA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., RODGER J. STONE, JR., and STOP THE STEAL, INC.

    Defendant(s)/Respondent(s)

CASE NO:

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Michael Julian Gottlieb, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Arizona Democratic Party.

City and State of Principal Residence: Washington, DC
Firm Name: Boies, Schiller & Flexner LLP
Address: 5301 Wisconsin Ave. NW        Suite: 800
City: Washington    State: DC    Zip: 20015
Firm/Business Phone: (202) 237-9617
Firm Fax Phone: (202) 237-6131    E-mail Address: mgottlieb@bsfllp.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State Bar of the District of Columbia | 06/11/2007 | ☑ Yes ☐ No* |
| State Bar of New York | 08/23/2006 | ☑ Yes ☐ No* |
| U.S. Supreme Court | 10/19/2009 | ☑ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| CV-10-00530-PHX-JJT | FTC v. LifeLock | 11/5/15 |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Date: 11/01/16

Signature of Applicant

Fee Receipt # _____

(Rev. 04/12)

## Attachment 1 – Full Admission List

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State Bar of the District of Columbia | 06/11/07 | Yes |
| State Bar of New York | 08/23/06 | Yes |
| State Bar of California (Inactive) | 12/15/08 | Yes |
| U.S. Supreme Court | 10/19/09 | Yes |
| U.S. Court of Appeals, District of Columbia Circuit | 09/04/14 | Yes |
| U.S. Court of Appeals, Second Circuit | 01/22/15 | Yes |
| U.S. Court of Appeals, Fifth Circuit | 02/03/15 | Yes |
| U.S. Court of Appeals, Sixth Circuit | 12/07/06 | Yes |
| U.S. Court of Appeals, Eleventh Circuit | 04/03/15 | Yes |
| U.S. Court of Appeals, Federal Circuit | 10/01/14 | Yes |
| U.S. District Court for the District of Columbia | 10/06/14 | Yes |

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MICHAEL J. GOTTLIEB

was, on the ___6th___ day of ___October___ A.D. __2014__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___31st___ day of ___October___ A.D. __2016__.



**ANGELA D. CAESAR, CLERK**

By: _____

**Public Operations Administrator**