AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Arizona

Arizona Democratic Party

*Plaintiff(s)*

v.

Arizona Republican Party, Donald J. Trump For President, Roger J. Stone, Jr., and Stop The Steal Inc.

*Defendant(s)*

Civil Action No. 1:16-cv-

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arizona Republican Party
3501 North 24th Street
Phoenix, AZ 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sarah R. Gonski
Perkins Coie LLP
2901 North Central Ave, Suite 2000
Phoenix, Arizona 85012-2788

Marc Elias
Perkins Coie LLP
700 13th St NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Signature of Cle

ISSUED ON 10:46 am, Oct 31, 2016

s/ Brian D. Karth, Clerk

Civil Action No. 2:16-cv-03752-JJT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arizona Republican Party

was received by me on *(date)* 10/31/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Robert Graham, Chairman , who is designated by law to accept service of process on behalf of *(name of organization)* Arizona Republican Party at 3501 North 24th St, Phoenix, AZ 85016 on *(date)* 10/31/16 @ 3:18 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 16.00 for travel and $ 72.00 for services, for a total of $ 88.00 .

I declare under penalty of perjury that this information is true.

Date: 11/01/2016

*Server's signature*

KRIS COSLOW, PROCESS SERVER
*Printed name and title*

KIWI PROCESS SERVICE
P.O. BOX 16612
PHOENIX, AZ 85011
*Server's address*

Additional information regarding attempted service, etc:
Documents Served:

Dkt #1: Voter Intimidation Complaint Pursuant to the Voting Rights Act of 1965 and the Ku Klux Klan Act of 1871
Dkt #4-3: Summons in a Civil Action
Dkt #5: Order (signed)