Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
SGonski@perkinscoie.com

*Attorney of Record for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party,<br><br>    Plaintiff,<br><br>    v.<br><br>Arizona Republican Party, Donald J. Trump for President, Inc., Roger J. Stone, Jr., and Stop the Steal, Inc.,<br><br>    Defendants. | No. CV-16-03752-PHX JJT<br><br>**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Arizona Democratic Party hereby moves this Court for a Temporary Restraining Order and/or Preliminary Injunction granting the temporary and preliminary relief sought in Plaintiff's Complaint filed in this action on October 30, 2016.  In particular, Plaintiff respectfully seeks a Temporary Restraining Order and/or Preliminary Injunction restraining and enjoining Defendants—as well as their agents, employees, successors, and attorneys, and all persons in active concert and participation with them—from advancing their conspiracy to intimidate, threaten, harass, or coerce voters in violation of Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b), and the Ku Klux Klan Act of 1871, 42 U.S.C. § 1985(3).

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and this Court's October 31, 2016 Order, Plaintiff has provided actual notice of this motion to Defendants

Donald J. Trump For President and the Arizona Republican Party by providing them copies of all pleadings and papers filed in this action to date. Plaintiff has also made extensive, good-faith efforts to provide notice to Defendants Stop The Steal Inc. and Roger J. Stone, Jr., including by directing a professional process server to travel to Stop The Steal Inc.'s business address, as identified in its official filings with the Department of Treasury. On information and belief, Defendants Roger J. Stone and Stop The Steal have actual knowledge of these proceedings. *See* Todd Ruger, *Democrats Sue Trump, GOP Amid Concerns of Voter Intimidation*, Oct. 31, 2016, available at http://www.rollcall.com/news/politics/democrats-sue-trump-gop-amid-concerns-voter-intimidation ("'I'm honored but the lawsuit is without merit and the lawyers who filed it could face sanctions,' Stone said in an email response to the lawsuits.").

November 1, 2016                                    Respectfully submitted,


                                                   *s/ Sarah R. Gonski*
                                                   Sarah R. Gonski (# 032567)
                                                   PERKINS COIE LLP
                                                   2901 North Central Avenue, Suite 2000
                                                   Phoenix, Arizona 85012-2788
                                                   Tel: (602) 351-8000
                                                   Fax: (602) 648-7000
                                                   SGonski@perkinscoie.com

                                                   Marc E. Elias*
                                                   PERKINS COIE LLP
                                                   700 13th Street, Suite 600
                                                   Washington, DC 20005
                                                   Tel: (202) 434-1609
                                                   Fax: (202) 654-9126
                                                   melias@perkinscoie.com

                                                   Michael J. Gottlieb*
                                                   BOIES, SCHILLER & FLEXNER LLP
                                                   5301 Wisconsin Ave, N.W.
                                                   Washington, DC  20015
                                                   Tel: (202) 237-2727

Fax: (202) 237-6131
mgottlieb@bsfllp.com
Dawn L. Smalls*
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (202) 754-4216
Fax: (212) 446-2350
dsmalls@bsfllp.com

*Applications for Admission Pro Hac Vice Pending

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                    s/ *Sarah R. Gonski*