Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
SGonski@perkinscoie.com

*Attorney of Record for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Democratic Party,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Arizona Republican Party, Donald J. Trump for President, Inc., Roger J. Stone, Jr., and Stop the Steal, Inc.,<br><br>　　　　Defendants. | No. CV-16-03752-PHX-JJT<br><br>**DECLARATION OF SARAH R. GONSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

I, SARAH R. GONSKI, declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, and am counsel for Plaintiff the Arizona Democratic Party. I have personal knowledge of the matters set forth below and can competently testify to their truth.

2. Attached hereto as Exhibit 1 is a true and correct copy of the GOP Press Release (*RNC & Trump Campaign Announce Joint Agreements*) dated May 17, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Arizona Daily Star article (*Arizona Republicans Train Poll Workers to Document 'Ballot Harvesting'*) dated August 25, 2016.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Volunteer to be a Trump Election Observer form.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Guardian article (*Trump Loyalists Plan Own Exit Poll Amid Claims of 'Rigged' Election*) dated October 20, 2016.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Stop the Steal website home page accessed October 22, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Boston Globe article (*Warnings of Conspiracy Stoke Anger Among Trump Faithful*) dated October 15, 2016.

8. Attached hereto as Exhibit 7 is a true and correct copy of @jackbgoode1's tweet on August 19, 2016 at 7:43 P.M.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Arizona Republic article (*Roberts: Arizona GOP Chief Explains Why He's Supporting Trump*) dated October 11, 2016.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Talking Points Memo article (*Why the RNC Wants Nothing to Do with Trump's Poll Watcher Call to Arms*) dated October 21, 2016.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Hill article (*Trump Campaign Encouraging Surrogates To Double Down On Ballot Fraud*) dated October 21, 2016.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Washington Post article (*Trump Fires up Recruitment of Poll Watchers as He Warns of Election 'Cheating'*) dated August 13, 2016.

13. Attached hereto as Exhibit 12 is a true and correct copy of the State Press article (*Trump Criticizes Obamacare and Clinton Email Scandal at Phoenix Rally*) dated October 29, 2016.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Temporary Restraining Order issued by the court in *Daschle v. Thune*, No. 04-cv-4177 (D.S.D. Nov. 2, 2004).

15. Attached hereto as Exhibit 14 is a true and correct copy of the Complaint filed in *Daschle v. Thune*, No. 04-cv-4177 (D.S.D. Nov. 1, 2004).

16. Attached hereto as Exhibit 15 is a true and correct copy of the Order Granting Plaintiffs' Motion for Preliminary Injunction in *Brakebill v. Jaeger*, No. 16-cv-00008 (DLH), (D.N.D. Aug. 1, 2016).

17. Attached hereto as Exhibit 16 is a true and correct copy of the Washington Post article (*A Comprehensive Investigation of Voter Impersonation Finds 31 Credible Incidents Out of One Billion Ballots Cast*) dated August 6, 2014.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Bloomberg Businessweek article (*Inside the Trump Bunker, with Days to Go*) dated October 27, 2016.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Politico article (*Trump: Without ID Law, Voters Will Vote '15 Times' for Clinton*) dated August 9, 2016.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Politico article (*How Hostile Poll-Watchers Could Hand Pennsylvania to Trump*) dated October 2, 2016.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Atlantic article (*Donald Trump's Attacks on the Rights of Minority Voters*) dated October 13, 2016.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Boston Globe article (*Giuliani, Gingrich Raise Specter of Voter Fraud Ahead of Election*) dated October 16, 2016.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Hill article (*Trump: Government Bringing in Illegal Immigrants to Vote*) dated October 7, 2016.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Huffington Post article (*Trump-Linked Voter Intimidation Group Releases New Script for 'Citizen Journalists'*) dated October 26, 2016).

25. Attached hereto as Exhibit 24 is a true and correct copy of the New Yorker article (*The Dirty Trickster*) dated June 2, 2008.

26. Attached hereto as Exhibit 25 is a true and correct copy of Twitter user @roycan79's tweet on October 17, 2016 at 9:53 a.m.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Breitbart article (*Wikileaks: John Podesta Believed 'Obama Forces' Committed Voter Fraud*) dated October 15, 2016.

28. Attached hereto as Exhibit 27 is a true and correct copy of the StopTheSteal.org "Voter Protector Exit Poller" registration form.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Washington Post article (*Poll: Nearly Half of Americans Say Voter Fraud Occurs Often*) dated September 15, 2016.

30. Attached hereto as Exhibit 29 is a true and correct copy of the KJZZ article (*Arizona GOP Training Poll Watchers To Spot Ballot Harvesting*) dated August 26, 2016.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  November 1, 2016			By: *s/ Sarah R. Gonski*
					Sarah R. Gonski

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                                    s/ *Sarah R. Gonski*