NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Republican Party, *et al.*,<br><br>Defendants. | No. CV-16-03752-PHX-JJT<br><br>**ORDER** |

At issue is the Hearing (*see* Doc. 7) on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 10). In ruling on whether a Preliminary Injunction will issue, the Court will consider the documents and witness declarations that the parties have served and filed in a timely manner prior to the Hearing as well as the arguments of counsel. As a matter of efficiency,

IT IS ORDERED that the parties shall neither move documents and witness declarations into evidence nor conduct direct examination of witnesses at the Hearing, but the opposing party may cross-examine any witness, in which instance the offering party may conduct redirect examination.

Dated this 2nd day of November, 2016.

Honorable John J. Tuchi
United States District Judge