## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - PRELIMINARY INJUNCTION HEARING

Phoenix Division

CV 16-03752-PHX-JJT        DATE: 11/3/2016
Year  Case No  Initials

Title: Arizona Democratic Party   vs.   Arizona Republican Party, et al.
        Plaintiff                        Defendants

HON: JOHN J. TUCHI

Deputy Clerk : Julie Martinez          Court Reporter: Elaine Cropper

Michael Gottlieb and Sarah Gonski      Timothy LaSota, Kory Langhofer, Thomas Basile and
                                       Paul Jensen
Attorney(s) for Plaintiff(s)           Attorney(s) for Defendant(s)

**PROCEEDINGS:**   X  Open Court    __Chambers    ____Other

1:32 p.m. Court convenes. This is the time set for Preliminary Injunction Hearing. Discussion held. Opening Statements. 2:39 p.m. Court is in recess.

2:50 p.m. Court reconvenes. Robert Graham is sworn and examined. Witness is excused. Walter Opaska is sworn and examined. Witness is excused. 3:50 p.m. Court is in recess.

4:01 p.m. Court reconvenes. Discussion held.

For reasons as stated on the record, IT IS ORDERED denying Plaintiff's request for limited discovery.

IT IS FURTHER ORDERED reserving judgment for Defendant Mr. Stone and denying Defendant Stop the Steal, Inc.'s motion to dismiss for lack of service and lack of jurisdiction.

IT IS FURTHER ORDERED that Defendant Stop the Steal, Inc. may file a response to Plaintiff's motion (Doc. 10) by 10:30 a.m. on 11/4/2016, to which Plaintiff may file reply by 12:30 p.m. on 11/4/2016.

IT IS FURTHER ORDERED taking this matter under advisement. Formal order to issue.

CV-16-03752-PHX-JJT

5:49 p.m. Court adjourns.

Time in court: 3 hr 55 mins.
Start: 1:32 PM
End: 5:49 PM