PAUL ROLF JENSEN, Application for admission pro hac vice pending
JENSEN & ASSOCIATES, APC
650 Town Center Drive
12th Floor
Costa Mesa, California 92626
(7140 662-5527

Specially appearing for defendant ROGER J. STONE, JR. And
STOP THE STEAL, erroneously sued as STOP THE STEAL, INC.,

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA DEMOCRATIC PARTY, | CASE NO: CV-16-03752-PHX-JJT |
| Plaintiff, | |
| vs. | SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER; DECLARATION OF PAUL ROLF JENSEN |
| ARIZONA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE JR., and STOP THE STEAL, INC., | |
| Defendants. | |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### COUNSEL MAKES ONLY A LIMITED AND SPECIAL APPEARANCE

The Court yesterday was most gracious as to permit attorney Paul Jensen to make a limited appearance because personal jurisdiction as well as the validity of service is contested, but nevertheless allowed Jensen to argue the merits and fully participate in the hearing. The Court invited Jensen to file a written brief, and so with continued appreciation for the Court's indulgence, this brief is hereby submitted without intending that it constitute a waiver of the jurisdictional and service arguments made yesterday.

## II
## THE PLAINTIFF'S EVIDENCE AND RANK CONJECTURE DO NOT MERIT THE EXTREME RELIEF OF PRIOR RESTRAINT ON DEFENDANTS' FIRST AMENDMENT RIGHTS

Core political speech deserves the highest protections the law can afford. The right is enshrined in the very first of the amendment to our Constitution. Only upon the highest showing of imminent harm is prior restraint justified. In denying the restraining order sought in the Pentagon Papers case, the Supreme Court held, "Any system of prior restrains of expression comes to this Court bearing a heavy presumption against its constitutional validity." *New York Times v. Sullivan*, 403 U.S. 713, 714 (1971), citing *Bantam Books v. Sullivan*, 382 U.S. 58, 70 (1963).

There is NO evidence here of any threatened or likely harm that needs the drastic and invasive cure of prior restraint. None. As evidenced by the following declaration of Jensen, today's press reports of early voting make no reference to any problems that a single voter has encountered, and the only evidence before this Court is that there has never been any evidence in the past of any problem.

To be sure, Chairman Graham has been quoted as saying: "This way people just know a little bit more that they're being watched and their behavior needs to stay in line with the law, and that's what we to ask to maintain the integrity of the vote."[1] Taken in context, Chairman Graham's words do not imply anything improper and certainly can't overcome plaintiff's "heavy presumption". By the same token, Mr. Stone has certainly been quoted a decade ago in the New Yorker as saying some very controversial things. He doesn't like Hillary Clinton and makes no secret about it. But even taking word in every single document submitted by the plaintiffs in evidence (even setting aside the hearsay and objectionable nature of those words) they do not come close to suggesting Stone has

---

[1] This is the full quote which was truncated by Plaintiff.

2

SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

some impropriety planned for Arizona. The relief sought is completely disproportional to the demonstration of any likely harm. "Public policy requires that preliminary injunctions, especially those that stand to potentially chill a person's right to free speech, no matter how disagreeable that speech may be, should only be granted in the most extraordinary of circumstances and upon the most conclusive showing of all of the Dataphase elements. *Northland Ins. Companies v. Blaylock*,115 F.Supp.2d 1108, 1125 (D. Minn. 2000).

### III
### STOP THE STEAL ISN'T REQUIRED TO BE SCIENTIFIC IN ITS EXIT POLL

What Mr. Stone and Stop the Steal refer to as an "exit poll" certainly don't meet the parameters for the plaintiff's expert, but that is of no moment whatsoever. Put differently, Stop the Steal's efforts might not be successful or achieve its ends, but even exit polling that fails to meet the standard of plaintiff and its expert is nevertheless still protected under the First Amendment and not in any way improper.

### IV
### CONCLUSION

For all of the reasons above and which were argued by us yesterday, the Court should DENY all relief sought by the Arizona Democratic Party in this action

Dated: 4 November 2016                           Respectfully submitted,


*Paul Rolf Jensen*


PAUL ROLF JENSEN

3

SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

I, Paul Rolf Jensen, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California, and my application to practice before this court in this case *pro hac vice* is pending. The following facts are true based on my personal knowledge. If called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a news story I accessed this morning.

3. Attached hereto is a ture copy of the most recent filing with the Internal Revenue Service of Stop the Steal which was prepared under my direction.

4. All of the statements I made yesterday in open court concerning Mr. Stone, Stop the Steal and Brad Boeck were true and correct of my own knowledge.

I hereby swear under penalty of perjury under the laws of the United States and of California that the foregoing is true and correct. Executed on November 4, 2016 at Costa Mesa, California.

*/s/ Paul Rolf Jensen*

PAUL ROLF JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for Filing.

*/s/ Paul Rolf Jensen*

PAUL ROLF JENSEN

4

SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

EXHIBIT 1 FOLLOWS

They're back! Long waits dog early-voting sites in metro Phoenix    Page 1 of 4

Case 2:16-cv-03752-JJT   Document 27   Filed 11/04/16   Page 6 of 13

# They're back! Long waits dog early-voting sites in metro Phoenix

Mary Jo Pitzl and Emily Balli, The Republic | azcentral.com   8:57 p.m. MST November 3, 2016



(Photo: David Wallace/The Republic)

Tonya MacBeth showed up at her local early-voting site Thursday morning, eager to cast her ballot. But an hour and 40 minutes later, she left concerned that the lines could, once again, deter voters.

"I think they're just completely overwhelmed," MacBeth said of city workers staffing the site at Cave Creek Town Hall.

Indeed they are. Town Manager Peter Jankowski is one of those workers. They have seen waits of two to three hours this week, as people from outside the small north Valley enclave drive in to cast a ballot in advance of Nov. 8.

Thirty people left Wednesday without voting, discouraged by the long wait or pulled away by other appointments, he said.

Jankowski faults the Maricopa County Recorder's Office for not providing enough sites for in-person early voting.

"We all know it's a crazy election," he said. It should have been easy to anticipate voter enthusiasm in what has been one of the most contentious presidential elections in decades, he said.

AZCENTRALSURVEY: Take our survey about the 2016 election (http://static.azcentral.com/election-survey/)

Although there are 25 sites throughout Maricopa County, the next closest to Cave Creek Town Hall to the east, west and south are all miles away, in downtown Scottsdale, downtown Glendale and downtown Phoenix. People don't want to drive that far, Jankowski said.

About 4:00 p.m. Thursday at the Cartwright School District Annex building in Maryvale, voters were told they would have to wait about 90 minutes to cast a ballot.

Rebecca Martinez, 50, was one of the roughly 60 voters there. She said she had considered voting Wednesday but was told it would take four hours, so she she decided to wait a day.

"Yesterday I decided it was too long of a wait," Martinez said. "But it's worth waiting the hour and a half as long as our votes count."

At Scottsdale City Hall, Susette Faulkner, 51, waited more than two hours to cast her early vote. Once she realized how long it was going to take, she rearranged plans for work and to babysit her grandson.

Thursday was the first time she voted early. And while she would rather not have waited, she thought more people should be upset with the way the election has played out over the past year than the actual voting process.

"It would be nice to be able to come in and out quicker, but I think this is the least of the problem," Faulkner said.

Although hundreds of people were willing to wait for two hours, others left when they were told how long it would be. At one point, Faulkner said a man began to yell because he was angry about voting paperwork.



**AZCENTRAL**

Can I change my vote? (And other questions about voting in Arizona)

They're back! Long waits dog early voting sites in metro Phoenix     Page 2 of 4

Case 2:16-cv-03752-JJT  Document 27  Filed 11/04/16  Page 7 of 13

my-vote-and-other-questions-voting-arizona/93171472/)

## County: Vote at less-popular sites



Ben Lane, a Phoenix deputy city clerk, said Phoenix City Hall has not had many long lines for early voting. *(Photo: Emily Balli/The Republic)*

County officials, who were excoriated for long lines during the March presidential-preference election (/story/news/politics/elections/2016/06/24/who-knew-beforehand-arizonas-disastrous-presidential-primary-election-plan/85556756/), say they're aware of long waits at several sites, and will send extra equipment to address what is expected to be a closing rush Friday, the last day of in-person early voting.

But they say the best option is to hit one of the less-popular sites.

"We have had low voter turnout at our two offices downtown, at the city of Phoenix building downtown, Maryvale, South Phoenix, ASU, Buckeye, and Litchfield Park," spokeswoman Elizabeth Bartholomew said in an email response to questions. Long waits have been reported in Scottsdale, Chandler, the county offices in Mesa and Glendale. A full list of the sites, a few of which will be open Saturday, is here (http://recorder.maricopa.gov/elections/evlocations.aspx).

Just after noon on Thursday at Phoenix City Hall, fewer than 10 people waited in line.

Ben Lane, a Phoenix deputy city clerk, said there have been no long waits or complaints from voters. He said fewer people voted at City Hall on Thursday compared with the day before, and that the busiest times were early in the morning and during lunch.



**AZCENTRAL**

Arizona leads nation in early-voting surge by Latinos

(http://www.azcentral.com/story/news/politics/elections/2016/11/03/arizona-leads-nation-early-voting-surge-latinos/93129112/)

Sivakumar Velagapudi, a Phoenix water-services employee, voted early on Thursday. He said it was easy and convenient.

The remote sites operate like the vote centers the county experimented with in March: Voters can show up at any location and get a ballot. That takes extra time, because staffers must verify the voter's information against the county database, print a ballot that has the proper congressional, legislative and local candidates, and then deliver it to the voter.

With only one printer and four staffers in Cave Creek, that takes time, said City Clerk Carrie Dyrek.

They're back! Long waits clog early voting sites in metro Phoenix   Page 3 of 4

Case 2:16-cv-03752-JJT  Document 27  Filed 11/04/16  Page 8 of 13

## Concerns about going to the polls



Scottsdale residents Susette Faulkner (center) and Dolores Van Nutt pass the time as they wait to vote at Scottsdale City Hall on Nov. 3, 2016. Faulkner and Van Nutt said they had been there more than two hours. By midafternoon, there were approximately 100 people waiting to vote early. *(Photo: David Wallace/The Republic)*

In Scottsdale, Karin Cather showed up at her city hall late Wednesday to vote, only to be advised the wait would be 2½ to three hours. She left, hoping to return Thursday.

"I'm going to vote, don't get me wrong," she said. And she wants to vote early to avoid hassles on Election Day.

"I'm afraid, a little bit," she said. All the talk about voter intimidation (/story/news/politics/elections/2016/11/03/judge-hear-arizona-suit-targeting-trump-backers-intimidation/93241370/) and harassment made her leery of going to the polls Tuesday.

She returned Thursday about 9 a.m., and this time, the wait was 1 1/2 hours. She said city officials told her about 500 people have been voting at Scottsdale City Hall each day.

### What's on the ballot? Who's running?

Get the lowdown, including side-by-side comparisons of the candidates and their stances on key issues – in their own words. And generate a sample ballot of your voting district.

**azvotes.azcentral.com (http://c3.thevoterguide.org/v/phoenix16/build.do)**

Despite the wait, people were courteous and chatted easily, Cather said — even though she suspected there were conflicting political ideologies.

The reports of long wait times have exasperated the Arizona Advocacy Network, a progressive-leaning organization that reached out to County Recorder Helen Purcell after the March election. The group pushed for even more early-voting sites.

Samantha Pstross, the group's executive director, sent a letter to Purcell late Wednesday asking her to request help from the U.S. Justice Department for Election Day voting.

Alisha Vandriel, a Scottsdale Community College student who went to Scottsdale City Hall to vote between classes, said the wait was "annoying, but expected."

She saw a silver lining in the situation. "I'm kind of happy that a lot of people are here because it seems like people actually care about this election," she said.

They're back! Long waits dog early voting sites in metro Phoenix    Page 4 of 4

Case 2:16-cv-03752-JJT   Document 27   Filed 11/04/16   Page 9 of 13


Experts predict long lines for some on Election Day in Maricopa County
(http://www.azcentral.com/story/news/politics/elections/2016/10/31/experts-predict-long-lines-some-election-day-maricopa-county/93021800/)

OUR BEST OFFER — DIGITAL ACCESS FOR ONLY **$9.99/YEAR**

SUBSCRIBE NOW (HTTPS://FULLACCESS.AZCENTRA SOURCE=BENBARNOVEMBER&UT EXCHANGE&UTM_CAMPAIGN=9!

Reach the reporter at maryjo.pitzl@arizonarepublic.com (mailto:maryjo.pitzl@arizonarepublic.com) and follow her on Twitter @maryjpitzl (https://twitter.com/maryjpitzl).

Read or Share this story: http://azc.cc/2fk74Fc

EXHIBIT 2 FOLLOWS

| Form **8872** (November 2002) Department of the Treasury Internal Revenue Service | **Political Organization Report of Contributions and Expenditures** ▶ See separate instructions. | OMB No. 1545-1696 |
|---|---|---|

**A** For the period beginning 10/01/2016 and ending 10/19/2016

**B** Check applicable box: ✓ Initial report ___ Change of address ___ Amended report ___ Final report

**1 Name of organization**
Stop The Steal

**Employer identification number**
81 - 2115618

**2 Mailing address (P.O. box or number, street, and room or suite number)**
3843 S Bristol Street Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA 92704

**3 E-mail address of organization:**
no@email

**4 Date organization was formed:**
04/06/2016

**5a Name of custodian of records**
Brad Boeck

**5b Custodian's address**
3843 S Bristol Street Suite 312
Santa Ana, CA 92704

**6a Name of contact person**
Brad Boeck

**6b Contact person's address**
3843 S Bristol Street Suite 312
Santa Ana, CA 92704

**7 Business address of organization (if different from mailing address shown above). Number, street, and room or suite number**
3843 S Bristol Street Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA 92704

**8 Type of report (check only one box)**

___ First quarterly report (due by April 15)
___ Second quarterly report (due by July 15)
___ Third quarterly report (due by October 15)
___ Year-end report (due by January 31)
___ Mid-year report (Non-election year only-due by July 31)

___ Monthly report for the month of: (due by the 20th day following the month shown above, except the December report, which is due by January 31)
✓ Pre-election report (due by the 12th or 15th day before the election)
   (1) Type of election: general
   (2) Date of election: 11/08/2016
   (3) For the state of: CA
___ Post-general election report (due by the 30th day after general election)
   (1) Date of election:
   (2) For the state of:

**9** Total amount of reported contributions (total from all attached Schedules A)................................................. **9.** $ 7365

**10** Total amount of reported expenditures (total from all attached Schedules B)................................................ **10.** $ 5300

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**Sign Here** ▶ Brad Boeck
Signature of authorized official

▶ 10/26/2016
Date

Form 8872 (11-2002)

## Schedule A — Itemized Contributions

| Contributor's name, mailing address and ZIP code | Name of contributor's employer / Contributor's occupation / Aggregate contributions year-to-date | Amount / Date of contribution |
|---|---|---|
| Aggregate below the threshold<br>NA<br>NA, CA 92626 - | Name of contributor's employer: NA<br>Contributor's occupation: NA<br>Aggregate contributions year-to-date: $ 4515 | Amount of contribution: $ 4515<br>Date of contribution: 10/19/2016 |
| Helen Lin<br>2513 Champions Corner<br>Leander, TX 78641 - | Name of contributor's employer: Retired<br>Contributor's occupation: Retired<br>Aggregate contributions year-to-date: $ 200 | Amount of contribution: $ 200<br>Date of contribution: 10/15/2016 |
| Anton Krell<br>Berth Cove 06-27<br>Singapore, WA 98616 - | Name of contributor's employer: Institute of Trading<br>Contributor's occupation: Managing Partner<br>Aggregate contributions year-to-date: $ 1000 | Amount of contribution: $ 1000<br>Date of contribution: 10/15/2016 |
| Erik Foster<br>311 Maybrook Dr<br>Buda, TX 78610 - | Name of contributor's employer: AT and T<br>Contributor's occupation: Technician<br>Aggregate contributions year-to-date: $ 500 | Amount of contribution: $ 500<br>Date of contribution: 10/17/2016 |
| Donald Ausmus<br>9601 N. 10th Street Unit1<br>McAllen, TX 78504 - | Name of contributor's employer: Retired<br>Contributor's occupation: Retired<br>Aggregate contributions year-to-date: $ 200 | Amount of contribution: $ 100<br>Date of contribution: 10/08/2016 |
| Julian Webb<br>19 Quirk Ct<br>Newton, MA 02458 - | Name of contributor's employer: M. Siedman, Inc.<br>Contributor's occupation: Accountant<br>Aggregate contributions year-to-date: $ 500 | Amount of contribution: $ 500<br>Date of contribution: 10/15/2016 |
| Giles Wormser<br>Dorfstrasse 27<br>Fruesisberg, NJ 08835 - | Name of contributor's employer: Swiss Investment Corp<br>Contributor's occupation: Executive<br>Aggregate contributions year-to-date: $ 500 | Amount of contribution: $ 500<br>Date of contribution: 10/15/2016 |
| William Belcher<br>86177 Vegas Blvd<br>Yulee, FL 32097 - | Name of contributor's employer: Gemini Motor Transport<br>Contributor's occupation: Driver<br>Aggregate contributions year-to-date: $ 250 | Amount of contribution: $ 50<br>Date of contribution: 10/06/2016 |

Form 8872 (11-2002)

| Schedule B | Itemized Expenditures | | Schedule B |
|---|---|---|---|

| Recipient's name, mailing address and ZIP code<br>Democracy Engine<br>2125 Fourteenth Street NW<br>Washington, DC 20009 - | Name of recipient's employer<br>NA<br>Recipients's occupation<br>NA | Amount of Expenditure<br>$ 300<br>Date of expenditure<br>10/19/2016 |
|---|---|---|
| Purpose of expenditure<br>Contributions processing fees | | |
| Recipient's name, mailing address and ZIP code<br>A. Miller Research<br>6563 E Paseo El Greco<br>Anaheim Hills, CA 92807 - | Name of recipient's employer<br>NA<br>Recipients's occupation<br>NA | Amount of Expenditure<br>$ 5000<br>Date of expenditure<br>10/13/2016 |
| Purpose of expenditure<br>Consulting Fees | | |