Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com

Michael J. Gottlieb (Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, N.W.
Washington, DC  20015
Tel: (202) 237-2727
Fax: (202) 237-6131
mgottlieb@bsfllp.com

*Attorneys for Plaintiff Arizona Democratic Party*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Republican Party, Donald J. Trump for President, Inc., Roger J. Stone, Jr., and Stop the Steal, Inc.,<br><br>Defendants. | No. CV-16-03752-PHX-JJT<br><br>**SUPPLEMENTAL DECLARATION OF SARAH R. GONSKI** |

I, SARAH R. GONSKI, declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, and am counsel for Plaintiff the Arizona Democratic Party. I have personal knowledge of the matters set forth below and can competently testify to their truth.

2. Attached as <u>Exhibit 1</u> is a true and correct copy of Defendant Stop the Steal's website as it appeared on the morning of November 4, 2016. The page can be accessed at https://stopthesteal.org/states/arizona/.

1    3.    Attached as <u>Exhibit 2</u> is a true and correct copy of a the website that contains a video interview of Defendant Roger Stone, available at youtu.be/CV2HEiqdOXM?a (last accessed November 4, 2016).

4.    Attached as <u>Exhibit 3</u> is a true and correct copy of Defendant the Arizona Republican Party's website as it appeared on the morning of November 4, 2016. The page can be accessed at http://az.gop/edo/ .

5.    Attached as <u>Exhibit 4</u> is an order issued by the Ninth Circuit, sitting *en banc*, in *Feldman v. Arizona Secretary of State's Office*, Case No. 16-16698, issued November 4, 2016, which enjoins enforcement of H.B. 2023 pending *en banc* rehearing.

6.    I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  November 4, 2016         By: *s/ Sarah R. Gonski*
                                      Sarah R. Gonski

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

s/ <i>Daniel R. Graziano</i>