# EXHIBIT 1

# Arizona

## State Exit Poll Results



## 92.3%
### 24
### Donald Trump

## 7.7%
### 2
### Hillary Clinton

## 0%

## 0%

0

0

Gary Johnson

Jill Stein

Citizen Participation Goal

124

Registered Exit Pollers

110.2%

Percentage of Goal

## Have our Eyes OPEN in Arizona

by Dragon520 | Nov 1, 2016 | Arizona, Arizona's 1st, News | 1 Comment

A person who knowingly electioneers on election day within a polling place or in a public manner within seventy-five feet of the main outside entrance of a polling place or on-site early voting location is guilty of a class 2 misdemeanor. (Ariz. Rev. Stat. §...

## Where's the badge

by Britt | Oct 27, 2016 | Arizona, Arizona's 8th | 1 Comment

What happened to the Official bully badge? This is no fun at all!

## I'm Trumped Up!!

by Toketchatheef | Oct 26, 2016 | Arizona, Arizona's 4th, News | 2 Comments

I'm in Bullhead city az if you need my help keeping an eye on the polls The Clinton machine will get TRUMPED!!

## Ain't it the truth?

by afr52 | Oct 22, 2016 | Arizona, Arizona's 4th, News | 4 Comments

## Trump's trip to Mexico

by Frankie Stockes | Sep 2, 2016 | Arizona, California, New Mexico, News, Texas, Uncategorized, Virginia, Virginia's 7th | 0 Comments

Earlier this week, Donald J. Trump paid a visit to Mexican President, Enrique Pena Nieto. Although both Hillary Clinton and Donald Trump were invited to meet with him, only Trump decided to go, raising more questions about Hillary Clinton's health. Following...

## Vote Protectors Wants You!

by mzuili | Aug 14, 2016 |

Vote Protectors is looking for motivated individuals to join our cause to help collect exit poll data. We are looking for people to Register on this site to become Exit Pollers and Citizen Journalists. Exit Pollers commit to go out in November and post their youtube...

# 1 Comment

**Dragon520** on October 31, 2016 at 1:05 pm