









   

YouTube
Search
Upload

# AJ Show (2nd HOUR VIDEO Commercial Free) Sunday 10/30/16: Roger Stone: Stop The Steal

Ron Gibson
Subscribe 76K

25,577 views

Add to Share ••• More 297 7

**Published on Oct 30, 2016**

IMPORTANT: Bookmark https://www.youtube.com/results?q=ron...
-- SUBSCRIBE TO PRISONPLANET.TV --
-- Share With 20 People

SHOW MORE

COMMENTS • 144

Add a public comment...

Top comments

**flycatchful** 4 days ago
Comey and Lynch don't feel threatened by Nichols.
Reply •

**Flora F. Edwards** 4 days ago
No but Bill Clinton does.
Reply •

**Kris Mat** 4 days ago
"We've got to stop them stealing this election" No way Nichols! That's your insider input? You filthy piece of human trash! You have been hustling people for 2 years with your "insider" angle on the basis that you knew where the bodies were buried. What a FRAUD!
Reply •

**Uptown Girl** 4 days ago (edited)
Skip navigation
Give it up Hillary-you're toast!
Reply •

**schwill81** 4 days ago
GET WELL MR. NICHOLS

Up next Autoplay

AJ Show (2nd HOUR VIDEO Commercial
Ron Gibson
16,287 views NEW

Bill Clinton's Black Son - Sho...
Ad by Danney Williams
1,328,227 views

Alex Jones (FULL SHOW Commercial
Ron Gibson
11,097 views NEW

AJ Show (1st HOUR VIDEO Commercial
Ron Gibson
21,419 views NEW

AJ Show (3rd HOUR VIDEO Commercial
Ron Gibson
8,198 views NEW

INFOWARS Nightly News: Margaret
Ron Gibson
7,443 views NEW

AJ Show (3rd HOUR VIDEO Commercial
Ron Gibson
11,781 views NEW

AJ Show (2nd HOUR VIDEO Commercial
Ron Gibson
12,261 views NEW

Alex Jones (FULL SHOW Commercial
Ron Gibson
31,700 views NEW

AJ Show (2nd HOUR VIDEO Commercial
Ron Gibson
12,771 views NEW

GOP Threatens to Paralyze a Hillary
Late Night with Seth Meyers
Recommended for you NEW

Search

Upload

**garry mccluskey** 3 days ago
Adolf Hitler was a drug addict who brought the world to war. Hillary Clinton is a drug addict and is already planning war with Russia
Reply · 2

**Flora F. Edwards** 4 days ago
Well why don't they go in there and take Obama out of there,before this happens
Reply ·

**xXFeralArtsXx** 3 days ago
No one wants to get killed/risk spending life in prison/execution if this thing isn't 100% to work. Which it definitely isn't at the moment. Will be soon, and then it's gonna' be called a Civil War.
Reply ·

**Silver Love** 4 days ago
if hillary wins, fight the corrubt govt. and hang that bitch, she makes me wanna puke, also on that day when hillary voters are happy, i´d say fucking destroy them everywhere ...  fight for freedom and fight unfair, just as they do, important is to fucking win.
Reply · 2

**cso Lis** 3 days ago
"War Is When Your Government Tells You Who The Enemy Is. Revolution Is When You Figure It Out Yourself."
Reply · 2

**Hope Howard** 3 days ago
YOU BETTER PUT LARRY NICHOLS UNDER 24 HOUR PROTECTION IF YOU KNOW WHAT YOU KNOW
Reply ·

**tone ster** 4 days ago
trump has been right about alot of things he has insider info.hes got people working against her.you can bet on it.there is nobody out there that knows her better.believe it.he has the best people and thier people all over every part of it like an army
Reply ·

**martin baker** 4 days ago
we righteous, courageous, honorable, defenders of truth, goodness, innocence, peace, do NOT FEAR, islamics and their jihad, we oppose bravely, justly, their spiteful aggressions, with defensive force that curtails, and prevents, their jihad from violating our people.... the same is true about the corrupt criminals ensconced in the governmental positions of our
Reply ·

**The President of The Internet** 4 days ago (edited)
I take Roger Stone's take on things over Larry Nichols any day - 80% of everything Nichols has ever said on Infowars has amounted to nothing whereas Stone is rarely wrong and still has current first hand knowledge.
Reply ·

**Paul moretti** 3 days ago
remember Jade Helm 13 that moved into america summer of 2015 everybody forgot about well its time
Reply · 1

**circus town** 4 days ago
Just finished listening to reality news straight no chaser.infowars.... flipping through the channels on regular TV,,, CAN'T watch FOX anymore unless Hanity is on ,Judge Jeanie is ok , I flipped to nat geo and see LEO D , in one of the best performances of his career talking to obama and the pope about climate changE ? Premiering on mischief night how
Reply · 1

**Betty Long Cap** 3 days ago

Ron Gibson
22,269 views NEW

INFOWARS Nightly News: Owen Shroyer
Ron Gibson
2,747 views NEW

Alex Jones (FULL SHOW Commercial
Ron Gibson
27,952 views NEW

AJ Show (4th HOUR VIDEO Commercial
Ron Gibson
6,959 views NEW

AJ Show (1st HOUR VIDEO Commercial
Ron Gibson
25,798 views NEW

Alex Jones (FULL SHOW Commercial
Ron Gibson
26,216 views NEW

AJ Show (2nd HOUR VIDEO Commercial
Ron Gibson
14,401 views NEW

AJ Show (4th HOUR VIDEO Commercial
Ron Gibson
3,990 views NEW

Roger Stone - Globalist Decided To
OpenMind
25,063 views NEW

The Polls Tighten with Six Days Left: A
Late Night with Seth Meyers
Recommended for you NEW

SHOW MORE

Search Upload

David Underwood 3 days ago
Yes, that was my thought as well. I wonder!
Reply •

Betty Long Cap 3 days ago
Thank you for the confirmation. Hillary is fast losing her usefulness to the globalists. We are at high noon.
Reply •

Rachette 4 days ago
could have/should have done another hour. Much Love To All!!
Reply •

Rod Jackson 4 days ago
These people ... Obama, Bill Clinton, Hillary Clinton, Uma, Lynch, Podesta etc and many in the MSM are psychopaths. Not only are they hateful people they hate each other. So it's not surprising, since they are irrational, that they are also incompetent. Many are jumping ship or making some pathetic attempt to excuse themselves before the hammer falls.
Reply • 2

Abadaba Babadaba 4 days ago
I love the applause sounds you put at the end of the videos Ron. Thanks for posting these:)
Reply •

MAJESTIC1 4 days ago
Rumor is Clintons aid they found Emails with found the emails in a folder marked "Life Insurance". Iv been saying this a while now "Never work with a psychopath with out having life insurance". LOL
Reply • 1

Mistress JHolly 1 day ago
I really hope Larry can hang on past Nov 9
Reply •

Vins Web 4 days ago (edited)
I live in Vegas and there is a building boom going on now. warehouse buildings, office buildings, strip shopping centers, track housing. Just not hi-rise casino's. All is great. thanks Barry O. vote HRC don't get off the horse when its galloping forward. california texas in a boom too. everywhere U look there building a gas station with a car wash too.
Reply •

Show more

Language: English | Content location: United States | Restricted Mode: Off | History | Help

About Press Copyright Creators Advertise Developers +YouTube
Terms Privacy Policy & Safety Send feedback Try something new!

