# EXHIBIT 3



HOME | ABOUT | PEOPLE | CONNECT | NEWS | REDROOTS

ISSUES | DONATE

# AZGOP Poll Observer Incident Report

Home  >  AZGOP Poll Observer Incident Report

 0

If you observe anything improper or illegal at the polls on Election Day please use this form to report it to the Arizona Republican Party. Submit any photos, videos, or other materials or evidence. Thank you for your service to ensure the integrity of elections in Arizona! You can also call the AZGOP Election Hotline at 1-888-680-6816.

## AZGOP Poll Observer Incident Report

Fields marked with an * are required

[ First Name * ]

[ Last Name * ]

[ Email * ]

[ Phone * ]

[ County ]

[ Polling place name ]

[ Polling place address ]

[ Polling place city ]

Describe the issue

Upload photos or video below

Choose File No file chosen

Submit

© 2016 Arizona Republican Party. All Rights Reserved. Paid for by the Arizona Republican Party. Not authorized by any candidate or candidate committee.